**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

KATHY ARROWOOD OATES :
222 Chadwell Road :
Kingsport, TN 37660 :
Plaintiff :
v. :
:
CLUB WYNDHAM SHAWNEE VILLAGE:
6277 Sea Harbor Drive : **JURY TRIAL DEMANDED**
Orlando, FL 32821 :
& :
TRAVEL + LEISURE RESORT :
DEVELOPMENT, INC. :
6277 Sea Harbor Drive :
Orlando, FL 32821 :
& :
WYNDHAM VACATION OWNERSHIP :
INC. :
6277 Sea Harbor Drive :
Orlando, FL 32821 :
& :
WYNDHAM VACATION RESORTS, INC.:
6277 Sea Harbor Drive :
Orlando, FL 32821 :
& :
WYNDHAM DESTINATIONS :
6277 Sea Harbor Drive :
Orlando, FL 32821 :
& :
WYNDHAM VACATION RENTALS :
7 Sylvan Way :
Parsippany, NJ 07054 :
& :
RESORT RENTAL, LLC :
7 Sylvan Way :
Parsippany, NJ 07054 :
& :
PANORAMA TRAVEL SOLUTIONS, INC.:
7 Sylvan Way :
Parsippany, NJ 07054 :
& :
WYNDHAM HOTELS & RESORTS, INC.:
7 Sylvan Way :
Parsippany, NJ 07054 :
Defendants :
:

## COMPLAINT

Plaintiff, Kathy Arrowood Oates, by and through her attorneys, Fine Staud and Levy LLC, states that she has a cause of action against Defendants, Club Wyndham Shawnee Village, Travel + Leisure Resort Development, Inc., Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Wyndham Destinations, Wyndham Vacation Rentals, Resort Rental, LLC, Panorama Travel Solutions, Inc., and Wyndham Hotels & Resorts, Inc., and in support thereof avers the following:

## I: PARTIES

1. Plaintiff, Kathy Arrowood Oates, is an adult individual residing at the above stated address.

2. Defendant, Club Wyndham Shawnee Village, is a corporation or other business entity located at the above stated address.

3. At all times relevant hereto, Club Wyndham Shawnee Village, owned, controlled, possessed, managed, leased, and/or was otherwise responsible for the maintenance of the real property located at 5242-5255 Buttermilk Falls Road, East Stroudsburg, PA 18301, including but not limited to the miniature golf course at the Club Wyndham Shawnee Village resort.

4. Club Wyndham Shawnee Village is vicariously liable for the negligent acts and/or omissions of its employees, servants, workmen, and/or agents who at all material times were acting or failing to act in the course and scope of their employment, authority, and/or agency.

5. Defendant, Travel + Leisure Resort Development, Inc., is a corporation or other business entity located at the above stated address.

6. At all times relevant hereto, Travel + Leisure Resort Development, Inc., owned, controlled, possessed, managed, leased, and/or was otherwise responsible for the maintenance of the real property located at 5242-5255 Buttermilk Falls Road, East Stroudsburg, PA 18301, including but not limited to the miniature golf course at the Club Wyndham Shawnee Village resort.

7. Travel + Leisure Resort Development, Inc. is vicariously liable for the negligent acts and/or omissions of its employees, servants, workmen, and/or agents who at all material times were acting or failing to act in the course and scope of their employment, authority, and/or agency.

8. Defendant, Wyndham Vacation Ownership, Inc., is a corporation or other business entity located at the above stated address.

9. At all times relevant hereto, Wyndham Vacation Ownership, Inc., owned, controlled, possessed, managed, leased, and/or was otherwise responsible for the maintenance of the real property located at 5242-5255 Buttermilk Falls Road, East Stroudsburg, PA 18301, including but not limited to the miniature golf course at the Club Wyndham Shawnee Village resort.

10. Wyndham Vacation Ownership, Inc. is vicariously liable for the negligent acts and/or omissions of its employees, servants, workmen, and/or agents who at all material times were acting or failing to act in the course and scope of their employment, authority, and/or agency.

11. Defendant, Wyndham Vacation Resorts, Inc., is a corporation or other business entity located at the above stated address.

12. At all times relevant hereto, Wyndham Vacation Resorts, Inc., owned, controlled, possessed, managed, leased, and/or was otherwise responsible for the maintenance of the real property located at 5242-5255 Buttermilk Falls Road, East Stroudsburg, PA 18301, including but not limited to the miniature golf course at the Club Wyndham Shawnee Village resort.

13. Wyndham Vacation Resorts, Inc. is vicariously liable for the negligent acts and/or omissions of its employees, servants, workmen, and/or agents who at all material times were acting or failing to act in the course and scope of their employment, authority, and/or agency.

14. Defendant, Wyndham Destinations, is a corporation or other business entity located at the above stated address.

15. At all times relevant hereto, Wyndham Destinations, owned, controlled, possessed, managed, leased, and/or was otherwise responsible for the maintenance of the real property located at

5242-5255 Buttermilk Falls Road, East Stroudsburg, PA 18301, including but not limited to the miniature golf course at the Club Wyndham Shawnee Village resort.

16. Wyndham Destinations is vicariously liable for the negligent acts and/or omissions of its employees, servants, workmen, and/or agents who at all material times were acting or failing to act in the course and scope of their employment, authority, and/or agency.

17. Defendant, Wyndham Vacation Rentals, is a corporation or other business entity located at the above stated address.

18. At all times relevant hereto, Wyndham Vacation Rentals, owned, controlled, possessed, managed, leased, and/or was otherwise responsible for the maintenance of the real property located at 5242-5255 Buttermilk Falls Road, East Stroudsburg, PA 18301, including but not limited to the miniature golf course at the Club Wyndham Shawnee Village resort.

19. Wyndham Vacation Rentals is vicariously liable for the negligent acts and/or omissions of its employees, servants, workmen, and/or agents who at all material times were acting or failing to act in the course and scope of their employment, authority, and/or agency.

20. Defendant, Resort Rental, LLC is a corporation or other business entity located at the above stated address.

21. At all times relevant hereto, Resort Rental, LLC, owned, controlled, possessed, managed, leased, and/or was otherwise responsible for the maintenance of the real property located at 5242-5255 Buttermilk Falls Road, East Stroudsburg, PA 18301, including but not limited to the miniature golf course at the Club Wyndham Shawnee Village resort.

22. Resort Rental, LLC is vicariously liable for the negligent acts and/or omissions of its employees, servants, workmen, and/or agents who at all material times were acting or failing to act in the course and scope of their employment, authority, and/or agency.

23. Defendant, Panorama Travel Solutions, Inc., is a corporation or other business entity located at the above stated address.

24. At all times relevant hereto, Panorama Travel Solutions, Inc., owned, controlled, possessed, managed, leased, and/or was otherwise responsible for the maintenance of the real property located at 5242-5255 Buttermilk Falls Road, East Stroudsburg, PA 18301, including but not limited to the miniature golf course at the Club Wyndham Shawnee Village resort.

25. Panorama Travel Solutions, Inc. is vicariously liable for the negligent acts and/or omissions of its employees, servants, workmen, and/or agents who at all material times were acting or failing to act in the course and scope of their employment, authority, and/or agency.

26. Defendant, Wyndham Hotels & Resorts, Inc., is a corporation or other business entity located at the above stated address.

27. At all times relevant hereto, Wyndham Hotels & Resorts, Inc., owned, controlled, possessed, managed, leased, and/or was otherwise responsible for the maintenance of the real property located at 5242-5255 Buttermilk Falls Road, East Stroudsburg, PA 18301, including but not limited to the miniature golf course at the Club Wyndham Shawnee Village resort.

28. Wyndham Hotels & Resorts, Inc. is vicariously liable for the negligent acts and/or omissions of its employees, servants, workmen, and/or agents who at all material times were acting or failing to act in the course and scope of their employment, authority, and/or agency.

## II. JURISDICTION AND VENUE

29. Jurisdiction is proper because this action is brought pursuant to 28 U.S.C. § 1332, as Plaintiff Kathy Arrowood Oates is a resident of the State of Tennessee, and Defendants, Club Wyndham Shawnee Village, Travel + Leisure Resort Development, Inc., Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Wyndham Destinations, Wyndham Vacation Rentals, Resort Rental, LLC, Panorama Travel Solutions, Inc., and Wyndham Hotels & Resorts, Inc., are residents of either the State of Florida or the State of New Jersey, and the amount in controversy exceeds $75,000.00, thereby meeting the requirements for diversity of citizenship.

30. Venue is proper in the Middle District of Pennsylvania in that all events relevant to the above captioned matter occurred in the Middle District of Pennsylvania and Defendants' business is based in the Middle District of Pennsylvania.

## III. CHRONOLOGY OF FACTS

31. On or about July 26, 2023, at approximately 9:30 pm, Plaintiff, Kathy Arrowood Oates was on the premises located at 5242-5255 Buttermilk Falls Road, East Stroudsburg, PA 18301, and more specifically, was a paying customer at the miniature golf course at the Club Wyndham Shawnee Village resort.

32. At all times relevant, Defendants had an obligation to exercise reasonable care in the maintenance and upkeep of the Property including the miniature golf course.

33. At all times relevant, the Club Wyndham Shawnee Village miniature golf course had sudden changes of elevation and poor lighting that prevented Plaintiff and others similarly situated from seeing the elevation changes.

34. On or about July 26, 2023, because of the failure of Defendants to provide proper walking surfaces and proper lighting, there was an unreasonable risk of guests tripping and falling.

35. The Defendants' conduct in allowing the condition to exist caused needless risk of harm to Plaintiff, Kathy Arrowood Oates.

36. At all times relevant, the Defendants knew or should have known that the Club Wyndham Shawnee Village miniature golf course at 5242-5255 Buttermilk Falls Road, East Stroudsburg, PA 18301 had not been properly maintained and thus presented a tripping hazard.

37. At all times relevant, Defendants knew or should have known that having steep elevation changes combined with poor lighting constituted a dangerous condition and risk of harm to the public, including Plaintiff, Kathy Arrowood Oates.

38. The Defendants failed to provide notice or warning of the condition to Plaintiff, Kathy Arrowood Oates.

39. Plaintiff, Kathy Arrowood Oates, while exercising due care and caution for her own safety, slipped and fell because of the steep elevation change and poor lighting when she was walking on the Club Wyndham Shawnee Village miniature golf course.

40. At all relevant times to this matter, Defendants owned, managed, leased, possessed and/or otherwise controlled the subject property and was responsible by itself and by and through its employees, workmen, servants, contractors, and/or agents for the supervision, repair, and maintenance of the subject property including but not limited to repairs, maintenance, and cleaning of the miniature golf course located at the Club Wyndham Shawnee Village.

41. The Defendants are vicariously liable for the negligence and carelessness of their employees, workmen, servants, contractors, and/or agents who at all material times hereto were acting or failing to act within the course and scope of their employment, authority, and/or agency.

42. Plaintiff's fall and his resulting injuries were caused solely by the negligence and carelessness of all Defendants, individually, jointly, severally, and vicariously.

43. As a direct and proximate result of the negligence and carelessness of Defendant, Plaintiff, Kathy Arrowood Oates, sustained serious and permanent injuries which caused serious impairment of body function. Plaintiff's injuries include without limitation, injuries to her muscles, bones, tendons, ligaments, right shoulder, left shoulder, head, neck, face, eyes, back, right shoulder dislocation, fractured right humerus, right rotator cuff tear, fractured right scapula, other right upper extremity fractures, left shoulder rotator cuff tear, facial abrasions and lacerations, black eyes, headaches, concussion, post-concussion syndrome, mild traumatic brain injury, double vision, worsened vision, unsteady balance, vertigo, depression, anxiety, and aggravation of preexisting conditions if any, all or some of which are or may be permanent. Plaintiff also makes claims for such injuries, damages, and consequences of which she has no present knowledge.

44. As a further result of this accident, Plaintiff has been and will be obliged to receive and undergo medical attention and care and to expend various sums of money and/or to incur various expenses for the injuries she has suffered, and she will be obliged to continue to expend such sums or incur such expenditures for an indefinite time in the future.

45. As a further result of this accident, Plaintiff has suffered a severe loss of her earnings and of her earning capacity and power.

46. As a direct and reasonable result of this accident, Plaintiff has or may hereafter incur financial expenses or losses which do or may exceed amounts she may otherwise be entitled to receive.

47. As a further result of this accident, and by reason of the injuries as aforesaid, Plaintiff has suffered and, in the future, may continue to suffer great pain and agony, mental anguish and humiliation and has been, and may in the future, be hindered from attending to her daily duties, function and occupation, to her great detriment and loss.

**COUNT I**
**NEGLIGENCE**
**KATHY ARROWOOD OATES V. CLUB WYNDHAM SHAWNEE VILLAGE, TRAVEL + LEISURE RESORT DEVELOPMENT, INC., WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM DESTINATIONS, WYNDHAM VACATION RENTALS, RESORT RENTAL, LLC, PANORAMA TRAVEL SOLUTIONS, INC., AND WYNDHAM HOTELS & RESORTS, INC.,**

48. The averments of all preceding paragraphs are incorporated by reference as though fully set forth herein.

49. Plaintiff, Kathy Arrowood Oates' fall was caused solely by the negligence and carelessness of Defendants by itself and/or by and through its employees, servants, workmen, contractors, and/or agents, and was due in no manner whatsoever to any act, or failure to act, on the part of Plaintiff.

50. The Defendants knew or should have known that the sudden elevation changes and poor lighting of the walking surfaces at the Club Wyndham Shawnee Village miniature golf course created a dangerous condition and hazard to pedestrians including Kathy Arrowood Oates.

51. The property was at all relevant times under the control, possession, management, and ownership of the Defendants.

52. Defendants had an obligation to provide adequate maintenance and inspection to the property, keep it in good repair and in a safe condition, free and clear of dangerous defects including sudden elevation changes and poor lighting that would make elevation changes difficult to see.

53. It was the duty of Defendants to use ordinary care and diligence to keep and maintain the property in a condition reasonably safe for its intended use and free from all defects and conditions which would render it dangerous and unsafe for Kathy Arrowood Oates or present an unreasonable risk of harm to Kathy Arrowood Oates in her lawful use of the Club Wyndham Shawnee Village miniature golf course.

54. It was the duty of Defendants to exercise reasonable care to protect the public including Kathy Arrowood Oates by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable uses of the property.

55. It was the duty of Defendants to exercise reasonable care to protect the public and Kathy Arrowood Oates by proper maintenance, repair, inspection, adequate illumination, warning, and other affirmative acts, from injuries resulting from dangerous and unsafe conditions on the property such as sudden elevation change and poor lighting at the Club Wyndham Shawnee Village miniature golf course.

56. Plaintiff, Kathy Arrowood Oates, injuries were solely and proximately caused by the carelessness and negligence of Defendants, Club Wyndham Shawnee Village, Travel + Leisure Resort Development, Inc., Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Wyndham Destinations, Wyndham Vacation Rentals, Resort Rental, LLC, Panorama Travel Solutions, Inc., and Wyndham Hotels & Resorts, Inc., individually, jointly severally, and vicariously, which included but is not limited to the following:

a. Failing to eliminate, repair and maintain the aforesaid defective area;

b. Allowing and permitting there to exist a dangerous and defective condition after actual and/or constructive notice of said defect;

c. Failing to warn the Plaintiff and others similarly situated of the aforesaid defective and dangerous lighting conditions of the walkways;

d. Failing to install proper lighting in the area;

e. Failing to properly and adequately inspect the aforesaid defective area so as to determine the condition thereof;

f. Installing a walking path in an area with sudden elevation changes;

g. Having a walking surface that was sloped to a degree that was very steep and violates applicable codes regarding walking surfaces;

h. Failure to warn about the sudden elevation change on the walking path;

i. Violating applicable laws codes, and ordinances with respect to the care, maintenance, control and repair of the property;

j. Violating the applicable sections of the Restatement Second of Torts;

k. Negligent hiring, supervision, and training of contractors, employees, and servants;

l. Failing to place signs and warnings of the condition in said area;

m. Failing to properly treat the dangerous condition;

n. Failing to warn of the dangerous condition; and

o. Failing to exercise caution and care for the rights and safety of Plaintiff and others similarly situated.

**WHEREFORE**, Plaintiff, Kathy Arrowood Oates, requests the following relief from Defendants, Club Wyndham Shawnee Village, Travel + Leisure Resort Development, Inc., Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., Wyndham Destinations, Wyndham Vacation Rentals, Resort Rental, LLC, Panorama Travel Solutions, Inc., and Wyndham Hotels & Resorts, Inc.

a. Compensatory damages;

b. Such other and further relief as appears reasonable and just; and

c. A jury trial as to each Defendant and as to each count.

RESPECTFULLY SUBMITTED,

BY: *Theodore C. Levy*

THEODORE C. LEVY, ESQUIRE
Attorney ID No. 311794
Fine Staud & Levy LLC
1333 Race Street
Philadelphia, PA 19107
Phone (215) 665-0100
Fax (267) 710-7004
tlevy@fineandstaud.com
Attorney for Plaintiff, Kathy Arrowood Oates

Date: 6/24/25